

# RESOLUTION OF THE BOARD OF DIRECTORS
## OF
## OLIN VIRTUAL ACADEMY, INC.

The Board of Directors (the "Board") of Olin Virtual Academy, Inc. ("Olin") has determined and resolved that, in the judgment of the Board and in light of the exigent circumstances facing Olin, it is in the best interest of Olin that a reorganization of Olin's operations and assets promptly be implemented, including the filing of a voluntary petition commencing a case under chapter 11 of the United States Bankruptcy Code (the "Chapter 11 Case") on behalf of Olin, with such petition to be filed on or about April 18, 2016 or soon thereafter as practicable; therefore,

IT IS RESOLVED that Ramon Miramontes, the current CEO of Olin, be and hereby is appointed as Olin's CEO and, in that capacity, hereby is vested with all of the powers, rights, authority and responsibility to take any and all actions necessary for Olin to implement and carry out each of the resolutions contained herein; and

IT IS FURTHER RESOLVED that filing a voluntary chapter 11 petition on behalf of Olin is approved and adopted in all respects and that Ramon Miramontes, in his capacity as President of Olin, be, and hereby is, authorized and directed, on behalf of Olin and in the name of Olin, to execute and verify a chapter 11 petition and to cause the same to be filed with the United States Bankruptcy Court for the Central District of California, or In such other jurisdiction or court as said officer may deem necessary or appropriate; and

IT IS FURTHER RESOLVED that Ramon Miramontes in his capacity as CEO of Olin be, and hereby is, authorized to execute and file all petitions, schedules, statement of affairs, lists and other papers and to take any and all actions which any of them may deem necessary or appropriate in connection with the Chapter 11 Case and to retain and employ all assistance by legal counsel or otherwise which they may deem necessary; and

IT IS FURTHER RESOLVED that the Law Offices of Langley & Chang be retained as attorney for Olin in connection with the filing and maintenance of the Chapter 11 Case.

IT IS FURTHER RESOLVED that Ramon Miramontes be and hereby is authorized to execute this resolution on behalf of the Board of Directors

APPROVED BY THE BOARD OF DIRECTORS AT A DULY NOTICED ON APRIL 18, 2016, by a unanimous vote in favor of the motion of approval by Director _Jackie Contreras_, Seconded by Director Tara Gomez-Hampton, Unanimous vote.

By: _____  4/18/2016
Tara Gomez-Hampton, Board Secretary